E. L. MICKLE (successor to J. W. PERKINS) as Liquidator of Volusia County Bank & Trust Company, a banking corporation, *Appellant,* v. C. L. COLLINS and C. M. BRITTAIN, in their own right and in behalf of all other members of Florida Baptist Assembly, *Appellees.*

148 So. 178

Decision filed February 23, 1933.

. *Hull, Landis & Whitehair* and *George J. Fullerton,* for . Appellant;

*Scarlett & Futch* and *Jordan & Fielding,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having ,been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and decreed by the Court that the said order of the Circuit Court be and the same is hereby affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.